Laura E. Duffy
United States Attorney
Alessandra P. Serano
Assistant U.S. Attorney
Cal. State Bar No. 204796
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-8104
Alessandra.p.serano@usdoj.gov

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br>AARON DWAYNE PITTMAN, et al.,<br><br>Defendant. | Case No.: 13CR4510-JAH<br><br>UNITED STATES' MOTION TO UNSEAL INDICTMENT |

COMES NOW, the plaintiff, United States of American, by and through its counsel Laura E. Duffy, United States Attorney, and Alessandra P. Serano, respectfully requests, the Court to unseal the Indictment filed in this case.

DATED: January 7, 2014          Respectfully submitted,

                                LAURA E. DUFFY
                                United States Attorney

                                s/Alessandra P. Serano
                                ALESSANDRA P. SERANO
                                Assistant United States Attorney

FILED
14 JAN -8 AM 12:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

1