FILED
14 JAN -8 AM 12:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13CR4510-JAH |
| Plaintiff, | **ORDER** |
| vs. | |
| AARON DWAYNE PITTMAN, et al., | |
| Defendant. | |

IT IS HEREBY ORDERED that the Indictment filed in this case be UNSEALED.

DATED: January 7, 2014

Hon. Barbara L. Major
U.S. Magistrate Judge

1