# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br><br><br>CHRISTOPHER WALL, et al.,<br><br>　　　　　Defendant. | ) Case No.: 13-CR-4510-JAH (BLM)<br>)<br>) **ACKNOWLEDGEMENT OF**<br>) **PROTECTIVE ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Melissa Bobrow, declare and say that:

1. I am employed as an attorney by Christopher Wall.
2. I have read the Protective Order entered in United States of America v. Christopher Wall, Case No. 13-CR-4510-JAH (BLM), and have received a copy of the Protective Order.
3. I promise that I will use any and all Confidential or Confidential - For Counsel Only information, as defined in the Protective Order, given to me only in a manner authorized by the Protective Order, and only to assist counsel in the litigation of this matter.
4. I promise that I will not disclose or discuss such Confidential or Confidential - For Counsel Only information with anyone other than the persons described in the Protective Order.
5. I acknowledge that, by signing this agreement, I am subjecting myself to the

jurisdiction of the United States District Court for the Southern District of California with respect to enforcement of the Protective Order.

6. I understand that any disclosure or use of Confidential or Confidential - For Counsel Only information in any manner contrary to the provisions of the Protective Order may subject me to sanctions for contempt of court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 19, 2014                     s./Melissa Bobrow
                                        Melissa Bobrow
                                        Attorney for Defendant,
                                        Christopher Wall